**ORIGINAL**

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* CR 02-00176DAE-06 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* A07 CR-139 SS |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: QUINCY JACOBS | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/31/06 — TO 8/30/11 |

RECEIVED JUL 11 2007 CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

**OFFENSE**

21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute in Excess of 500 Grams of Cocaine

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUL 16 2007 at ___ o'clock and ___ min ___ M SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Texas (Austin)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 28, 2007
Date

David Alan Ezra, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS (AUSTIN)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2007
Effective Date

Sam Sparks
United States District Judge