**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

July 17, 2007

SUE BEITIA
 CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Western District of Texas, Austin Division
Office of the Clerk
200 West 8th Street, Room 130
Austin, Texas 78701

  RE:  U.S.A. vs. Quincy Jacobs
      USDC HAWAII CR. 02-00176DAE-06
      **USDC W.D. Texas (Austin) A 07-cr-00139 SS**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are the following:

  ( X ) Certified copy of the First Superseding Indictment
  ( X ) Certified Copy of the Judgment
  ( X ) Certified copy of the Transfer of Jurisdiction
  ( X ) Certified Copy of the Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

                Very truly yours,

                SUE BEITIA, Clerk

            by: *[signature]*
                Deputy Clerk, Docketing Section

encl.
cc: U.S. Probation - Honolulu, Hawaii
   U.S. Probation - W.D. Texas, Austin Division

**Receipt is acknowledged by:** Clerk, U.S. District Court

Dated: _____  by: _____