UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 26 2007
DISTRICT OF HAWAII

July 17, 2007

SUE BEITIA
 CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

FILED
JUL 20 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court
Western District of Texas, Austin Division
Office of the Clerk
200 West 8th Street, Room 130
Austin, Texas 78701

RE:   U.S.A. vs. Quincy Jacobs
      USDC HAWAII CR. 02-00176DAE-06
      **USDC W.D. Texas (Austin) A 07-cr-00139 SS**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are the following:

( X ) Certified copy of the First Superseding Indictment
( X ) Certified Copy of the Judgment
( X ) Certified copy of the Transfer of Jurisdiction
( X ) Certified Copy of the Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by: _____
Deputy Clerk, Docketing Section

encl.
cc:   U.S. Probation - Honolulu, Hawaii
      U.S. Probation - W.D. Texas, Austin Division

**Receipt is acknowledged by:** Clerk, U.S. District Court

Dated: _____   by: _____